UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Integrated Network Technologies, Inc., a Delaware corporation<br><br>　　　Plaintiff,<br><br>　　　　　　v.<br><br>Ray Allen, Inc., an Illinois Corporation, and Richard R. Bley,<br><br>　　　Defendants. | No. 06 CV 5270<br><br>Judge Ronald A. Guzman<br>Magistrate Judge Maria Valdez |

RAY ALLEN, INC.'S MOTION FOR LEAVE
TO TAKE THE DEPOSITION OF DIANE WEIGLE

　　　Pursuant to Rule 30 of the Federal Rules of Civil Procedure, Ray Allen, Inc. ("RAI") moves this Court for an order granting it leave to take the oral deposition of Diane Weigle ("Weigle"), who is incarcerated and participating in a work release program through the Salvation Army Freedom Center in Chicago, Illinois.  Weigle is or was Chief Financial Officer for Plaintiff Integrated Network Technologies, Inc. ("INT") and PowerUser Web Development, LLC ("PowerUser").  In support of its motion, RAI states as follows:

　　　1.　　This is a case involving alleged copyright infringement of the computer program deposited with the U.S. Copyright Office for Reg. No. TXu-1-114-214.  The U.S. Copyright Office issued Reg. No. TXu-1-114-214 to PowerUser.

　　　2.　　INT alleges that it and another company, LaSalle Business Solutions, LLC ("LaSalle"), were involved in the creation and development of Reg. No. TXu-1-114-214.

　　　3.　　INT also alleges that it is the current owner of Reg. No. TXu-1-114-214.

　　　4.　　Weigle, on information and belief, is or was the acting or official Chief Financial Officer of key companies in this copyright dispute, PowerUser and INT.  Weigle was Chief

Financial Officer during PowerUser and INT's alleged creation and development of Reg. No. TXu-1-114-214 as well as during the time period when PowerUser allegedly assigned Reg. No. TXu-1-114-214 to INT. INT's Rule 26(a) disclosures lists "Project Manager" as Weigle's current title at INT.

5. Weigle is currently incarcerated and participating in a work release program through the Salvation Army Freedom Center in Chicago, Illinois.

6. As part of discovery in this matter RAI seeks leave to take Weigle's oral deposition.

7. The Federal Bureau of Prisons' website indicates that Weigle's projected release date is March 30, 2007. RAI has provisionally filed this motion so that if Weigle is not released on March 30, 2007 as projected, there is sufficient time for RAI to coordinate a deposition of Weigle with the Salvation Army Freedom Center under an existing Order from this Court. In addition, filing this motion at the present time allows the Court to efficiently hear it with other pending motions in this case on March 14, 2007.

8. On information and belief, Weigle has and/or had specific knowledge concerning, *inter alia*: (i) financial, employment and other agreements between INT and PowerUser regarding the creation and development of Reg. No. TXu-1-114-214; (ii) the alleged assignment of Reg. No. TXu-1-114-214 to INT, including any consideration transferred to PowerUser in exchange for Reg. No. TXu-1-114-214; (iii) the formation of RAI, including RAI's hiring of former INT employees in August 2004; (iv) agreements between INT and RAI concerning web development and other services provided by RAI to INT; (v) agreements between INT and RAI concerning server hosting services, accounting services and other administrative services

provided by INT to RAI; and (vi) other facts and issues which are likely to lead to the discovery of admissible information.

9. A deposition of Weigle would not be unreasonably cumulative or duplicative; nor is information in her possession, custody or control obtainable from some other source that is more convenient, less burdensome, or less expensive; nor would any expense or burden of deposing Weigle outweigh the resulting benefits. Weigle is in a distinct position as the current or former Chief Financial Officer of the alleged current owner of Reg. No. TXu-1-114-214, INT, and the entity to which Reg. No. TXu-1-114-214 issued, PowerUser.

10. Counsel for RAI has contacted Deb Bartell, Weigle's probation officer, and is prepared to arrange for an oral deposition of Weigle through the Salvation Army Freedom Center upon, and subject to, the entry of an Order by this Court.

11. Counsel for RAI has prepared a proposed Order granting RAI leave to take the oral deposition of Weigle, a copy of which is attached hereto.

12. Pursuant to LR 37.2, Mark Andrews (counsel for Defendant) and Richard Kessler (Counsel for Plaintiff) exchanged two e-mails on March 5, 2007 regarding the subject matter of this motion. Mr. Kessler represented that Ms. Weigle had been released from prison, but Defendant's counsel's understanding is that Ms. Weigle is incarcerated but participating in a work release program, and that a Court order would facilitate the deposition (see par. 7, *supra*.). Thus, after consultation and good faith attempts to resolve differences, counsel were unable to reach an accord.

RAI respectfully requests that this Court grant RAI leave to take the oral deposition of Weigle.

Dated: March 9, 2007			Respectfully Submitted,

					Ray Allen, Inc.


			By:	<u>s/ Mark D. Andrews</u>
				Its Undersigned Counsel


				Walter Jones, Esq. (ARDC No. 1365665)
				Mark Andrews, Esq. (ARDC No. 6242430)
				PUGH, JONES, JOHNSON & QUANDT, P.C.
				180 North LaSalle Street, Suite 3400
				Chicago, Illinois 60601-2807
				(312) 768-7800 (Telephone)
				(312) 768-7801 (Facsimile)

				David Roodman, Esq.
				Robert Lancaster, Esq.
				Ameer Gado, Esq.
				BRYAN CAVE LLP
				One Metropolitan Square
				211 North Broadway, Suite 3600
				St. Louis, Missouri  63102-2750
				(314) 259-2000 (Telephone)
				(314) 259-2020 (Facsimile)

				*Attorneys for Defendant Ray Allen, Inc.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **Integrated Network Technologies, Inc., a Delaware corporation** <br><br> **Plaintiff,** <br><br> v. <br><br> **Ray Allen, Inc., an Illinois Corporation, and Richard R. Bley,** <br><br> **Defendants.** | **No. 06 CV 5270** <br><br> **Judge Ronald A. Guzman** <br> **Magistrate Judge Maria Valdez** |

## **ORDER**

On the motion of Defendant Ray Allen, Inc. ("RAI") for leave to take the oral deposition of Diane Weigle, who is incarcerated and participating in a work release program through the Salvation Army Freedom Center in Chicago, Illinois, and the Court being fully advised and being of the opinion that there is good cause for the taking of the deposition,

It is hereby ordered that the deposition of Diane Weigle may be taken by RAI upon reasonable notice.


Dated: _____, 2007           _____

                                                                        U.S. Magistrate Judge Maria Valdez

# CERTIFICATE OF SERVICE

I, Mark D. Andrews, an attorney, certify that I shall cause to be served a copy of **Ray Allen, Inc.'s Motion for Leave to Take the Deposition of Diane Weigle** upon the following individual(s), by deposit in the U.S. mail box at 180 North LaSalle Street, Chicago, Illinois 60601, postage prepaid, before the hour of 4:00 p.m., messenger delivery, Federal Express, facsimile transmitted from (312) 768-7801, or electronically via the Case Management/Electronic Case Filing System ("CM/ECF") as indicated, this 9th day of March, 2007.

|  |  |
|---|---|
|  | *Attorneys for Plaintiff* |
|  | **Richard N. Kessler** (rkessler@hkgold.com) |
| X  CM/ECF | **Jasmine de la Torre** (jdelatorre@hkgold.com) |
| ___ Facsimile/___ Pages | McDonald Hopkins LLC |
|  | 640 North LaSalle Street |
| ___ Federal Express | Suite 590 |
| ___ Mail | Chicago, IL 60610 |
|  | (312) 280-0111 |
| ___ Messenger | (312) 280-8232 fax |

s/Mark D. Andrews_____
One of the attorneys for Defendants