UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Integrated Network Technologies, Inc., a Delaware corporation**<br><br>      **Plaintiff,**<br><br>                **v.**<br><br>**Ray Allen, Inc., an Illinois Corporation, and Richard R. Bley,**<br><br>      **Defendants.** | **No. 06 CV 5270**<br><br>**Judge Ronald A. Guzman**<br>**Magistrate Judge Maria Valdez** |

**RAY ALLEN, INC.'S MOTION FOR LEAVE
TO TAKE THE DEPOSITION OF DENNIS MADDEN**

Pursuant to Rule 30 of the Federal Rules of Civil Procedure, Ray Allen, Inc. ("RAI") hereby respectfully moves the Court for an Order granting it leave to take the oral deposition of Dennis Madden (a.k.a. Blake Emerson) ("Madden") who is confined in the Federal Prison Camp in Duluth, Minnesota. Madden is the owner of several companies that Plaintiff Integrated Network Technologies, Inc. ("INT") claims are connected to the allegedly infringed computer program at issue in this case. In support of its motion, RAI states as follows:

1.    This case involves allegations of copyright infringement of a computer program deposited with the U.S. Copyright Office for Reg. No. TXu-1-114-214. The U.S. Copyright Office issued Reg. No. TXu-1-114-214 to PowerUser Web Development, LLC ("PowerUser").

2.    INT alleges that it and another company, LaSalle Business Solutions, LLC ("LaSalle"), were involved in the creation and development of Reg. No. TXu-1-114-214.

3.    INT also alleges that it is the current owner of Reg. No. TXu-1-114-214.

4.    Madden is and has been the owner of INT and various companies that INT claims are connected to Reg. No. TXu-1-114-214. For example, Madden was and/or is the owner of

PowerUser and, as the owner of INT, was a part-owner of LaSalle during the period of time that LaSalle was allegedly involved in the development of Reg. No. TXu-1-114-214.

5.   Madden's ownership interests cover entities that INT alleges are connected to Reg. No. TXu-1-114-214.  He has no ownership interest in RAI, and does not own any right, title, or interest in the RACSystem.

6.   Madden is currently incarcerated in the Federal Prison Camp in Duluth, Minnesota.

7.   As part of discovery in this matter, RAI seeks leave to take Madden's oral deposition.

8.   The Federal Bureau of Prisons' website indicates that Madden's projected release date is May 14, 2007.  Counsel for INT has represented that Madden will be released on March 15, 2007.  Counsel for RAI has left voice mails for Terry Milich, Madden's counselor at the Federal Prison Camp in Duluth, Minnesota in an attempt to resolve this issue, but Mr. Milich has not yet returned counsel's calls.  Although it is possible that Madden could be released prior to the date indicated on the Federal Bureau of Prisons' website and may be available to attend an oral deposition under conventional procedures, RAI has filed this motion as a precautionary measure so that it may be heard with other pending motions in this case on March 14, 2007, thus avoiding unnecessarily burdening the Court with an additional hearing if Mr. Madden is not released in the immediate future.

9.   On information and belief, Madden alleges that he had, and/or has, specific knowledge regarding, *inter alia*: (i) the development of Reg. No. TXu-1-114-214; (ii) the alleged assignment of Reg. No. TXu-1-114-214 to INT; (iii) various entities that INT alleges are connected to Reg. No. TXu-1-114-214; (iv) RAI's development and ownership of RAI's

RACSystem software; (v) RAI's employment of the persons who created and made the RACSystem software; (vi) INT's strategy and decision to file this lawsuit against RAI; and (vii) other facts and issues which are likely to lead to the discovery of admissible information.

10. A deposition of Madden would not be unreasonably cumulative or duplicative; nor is information in his possession, custody or control obtainable from some other source that is more convenient, less burdensome, or less expensive; nor would any expense or burden of deposing Madden outweigh the resulting benefits. Madden is in a distinct position as the current or former owner of several corporate entities that INT alleges are connected to Reg. No. TXu-1-114-214, and was personally involved in many of the decisions and matters directly relating to the issues in this lawsuit.

11. Counsel for RAI has contacted Terry Milich, Madden's counselor at the Federal Prison Camp in Duluth, Minnesota and is prepared to submit an Attorney Visiting Form to the Federal Prison Camp and arrange for an oral deposition of Madden in the Federal Prison Camp's attorney visiting room upon, and subject to, the entry of an Order by this Court.

12. Counsel for RAI has prepared a proposed Order granting RAI leave to take the oral deposition of Madden, a copy of which is attached hereto.

13. Pursuant to LR 37.2, Mark Andrews (counsel for Defendant) and Richard Kessler (Counsel for Plaintiff) exchanged two e-mails on March 5, 2007, and four e-mails on March 8, 2007 regarding the subject matter of this motion. Specifically, Mr. Andrews provided Mr. Kessler a link to the Bureau of Prisons' website indicating that Mr. Madden was expected to be released on May 14, 2007 (after the close of fact discovery). Mr. Kessler responded that it was his understanding that Mr. Madden was being picked-up from the facility on March 15th, but he

could not provide any documentation to support that contention. Thus, after consultation and good faith attempts to resolve differences, counsel were unable to reach an accord.

WHEREFORE, RAI respectfully requests that this Court grant RAI leave to take the oral deposition of Madden.

Dated: March 9, 2007                               Respectfully Submitted,

                                                   Ray Allen, Inc.


                                          By:      s/ Mark D. Andrews
                                                   Its Undersigned Counsel


                                                   Walter Jones, Esq. (ARDC No. 1365665)
                                                   Mark Andrews, Esq. (ARDC No. 6242430)
                                                   PUGH, JONES, JOHNSON & QUANDT, P.C.
                                                   180 North LaSalle Street, Suite 3400
                                                   Chicago, Illinois 60601-2807
                                                   (312) 768-7800 (Telephone)
                                                   (312) 768-7801 (Facsimile)

                                                   David Roodman, Esq.
                                                   Robert Lancaster, Esq.
                                                   Ameer Gado, Esq.
                                                   BRYAN CAVE LLP
                                                   One Metropolitan Square
                                                   211 North Broadway, Suite 3600
                                                   St. Louis, Missouri  63102-2750
                                                   (314) 259-2000 (Telephone)
                                                   (314) 259-2020 (Facsimile)

                                                   *Attorneys for Defendant Ray Allen, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **Integrated Network Technologies, Inc., a Delaware corporation**<br><br>   **Plaintiff,**<br><br>          v.<br><br>**Ray Allen, Inc., an Illinois Corporation, and Richard R. Bley,**<br><br>   **Defendants.** | **No. 06 CV 5270**<br><br>**Judge Ronald A. Guzman**<br>**Magistrate Judge Maria Valdez** |

## **ORDER**

On the motion of Defendant Ray Allen, Inc. ("RAI") for leave to take the oral deposition of Dennis Madden, who is confined in the Federal Prison Camp in Duluth, Minnesota, and the Court being fully advised and being of the opinion that there is good cause for the taking of the deposition,

It is hereby ordered that the deposition of Dennis Madden may be taken by RAI upon reasonable notice.


Dated: _____, 2007          _____

                                                               U.S. Magistrate Judge Maria Valdez

# CERTIFICATE OF SERVICE

I, Mark D. Andrews, an attorney, certify that I shall cause to be served a copy of **Ray Allen, Inc.'s Motion for Leave to Take the Deposition of Dennis Madden** upon the following individual(s), by deposit in the U.S. mail box at 180 North LaSalle Street, Chicago, Illinois 60601, postage prepaid, before the hour of 4:00 p.m., messenger delivery, Federal Express, facsimile transmitted from (312) 768-7801, or electronically via the Case Management/Electronic Case Filing System ("CM/ECF") as indicated, this 9th day of March, 2007.

|  |  |
|---|---|
| X   CM/ECF | *Attorneys for Plaintiff*<br>**Richard N. Kessler** (rkessler@hkgold.com)<br>**Jasmine de la Torre** (jdelatorre@hkgold.com) |
| ___ Facsimile/___ Pages | McDonald Hopkins LLC<br>640 North LaSalle Street |
| ___ Federal Express | Suite 590 |
| ___ Mail | Chicago, IL 60610<br>(312) 280-0111 |
| ___ Messenger | (312) 280-8232 fax |

 

                                              s/Mark D. Andrews_____
                                              One of the attorneys for Defendants