*Exhibit B*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| INTEGRATED NETWORK TECHNOLOGIES, INC., a Delaware corporation, | ) ) ) | |
| | ) | Case No. 06 C 5270 |
| Plaintiff, | ) ) | The Honorable Ronald A. Guzman, |
| | ) | U.S. District Judge |
| vs. | ) ) | The Honorable Maria Valdez, |
| RAY ALLEN, INC., an Illinois corporation and RICHARD R. BLEY, | ) ) ) | U.S. Magistrate Judge |
| | ) | |
| Defendants. | ) | |

## JOINT DISMISSAL WITH PREJUDICE

The Parties, INTEGRATED NETWORK TECHNOLOGIES, INC., RAY ALLEN, INC. and RICHARD R. BLEY hereby respectfully move the Court to dismiss all claims and counterclaims claims in the above-captioned case with prejudice.

Dated: ~~February~~ March ____, 2008

Respectfully Submitted,
**RAY ALLEN, INC. AND RICHARD R. BLEY**

By: _/s/ Mark Andrews_
Their Undersigned Counsel

Walter Jones, Esq. (ARDC No. 1365665)
Mark Andrews, Esq. (ARDC No. 6242430)
PUGH, JONES, JOHNSON & QUANDT, P.C.
180 North LaSalle Street, Suite 3400
Chicago, Illinois 60601-2807
(312) 768-7800 (Telephone)
(312) 768-7801 (Facsimile)

David Roodman, Esq.
Robert Lancaster, Esq.
Ameer Gado, Esq.
BRYAN CAVE LLP
One Metropolitan Square

16

        211 North Broadway, Suite 3600
        St. Louis, Missouri 63102-2750
        (314) 259-2000 (Telephone)
        (314) 259-2020 (Facsimile)

*Attorneys for Defendant Ray Allen, Inc. and Richard R. Bley, and Counterclaim Plaintiff Ray Allen, Inc.*

**INTEGRATED NETWORK TECHNOLOGIES, INC.**

By: _____
Its Undersigned Counsel

Richard N. Kessler, Esq.
(rkessler@mcdonaldhopkins.com)
Jenny Jamiolkowski Esq.
(jjamiolkowski@mcdonaldhopkins.com)
MCDONALD HOPKINS LLC
640 N. LaSalle Street, Suite 590
Chicago, Illinois 60610-3731
(312) 280-0111 (Telephone)
(312) 280-8232 (Facsimile)

Douglas B. Schnee, Esq.
McDonald Hopkins LLC
600 Superior Avenue, E.
Suite 2100
Cleveland, OH 44114-2653
216.348.5720 (Telephone)
216.348.5474 (Facsimile)

*Attorneys for Plaintiff Integrated Network Technologies, Inc.*

17